In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Purpose of Establishing Thereon a Public Beach to All Land and Land under Water Not Heretofore Acquired by The City of New York for Park Purposes, Extending from Jacob Riis Park to the Westerly Line of Beach 25th Street, at Rockaway Beach, in the Borough of Queens, City of New York, Laid Out as a Public Beach upon the Map or Plan of The City of New York by Resolution Adopted by the Board of Estimate and Apportionment on February 29, 1924, as Amended by Orders of the Supreme Court of the State of New York, Second Judicial District, Dated October 16, 1925, and July 29, 1926, and Entered in the Office of the Clerk of the County of Queens October 19, 1925, and July 29, 1926, Respectively, so as to Relate to All Land and Land under Water Not Heretofore Acquired by The City of New York for Park Purposes Extending from Jacob Riis Park to the Westerly Line of Beach 2nd Street, at Rockaway Beach, in the Borough of Queens, City of New York, as Now Laid Out as a Public Beach upon the Map or Plan of The City of New York, in Accordance with Resolutions of the Board of Estimate and Apportionment, Adopted on June 19, 1925, and June 3, 1926. METRO INVEST-

ING AND CREDIT CORPORATION, Assignee of THOMPSON PARK AMUSEMENT CORPORATION, Appellant; THE CITY OF NEW YORK, Respondent.— In a condemnation proceeding brought by the city of New York to acquire certain lands for the purpose of establishing thereon a public beach, after a retrial directed in a determination of this court (248 App. Div. 902), a third supplemental, amended and additional final decree was duly made. From that decree claimant Metro Investing and Credit Corporation appeals. Decree in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.